

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00149-CV

| | | |
|---|---|---|
| PlainsCapital Bank | § | From the 211th District Court |
| | § | of Denton County (2009-30416-211) |
| v. | | |
| | § | November 19, 2015 |
| Nitin Jani | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant PlainsCapital Bank shall pay all of the costs for this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
 Justice Anne Gardner